SCANNED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HASBRO, INC.,

Plaintiff,

vs.

ROSE ART INDUSTRIES, INC.,

Defendant.

Civil Action No. CA 04-448 S

**MOTION OF DEFENDANT, ROSE ART INDUSTRIES, INC. FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO OPPOSE OR OTHERWISE RESPOND TO PLAINTIFF'S MOTION TO STAY THE PROCEEDINGS**

Now comes Defendant, Rose Art Industries, Inc., pursuant to the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and Rules 2 and 12 of the Local Rules of the United States District Court for the District of Rhode Island, and moves this Court for an enlargement of time within which to oppose or otherwise respond to Plaintiff's Motion to Stay the Proceedings. The nature of this motion for enlargement of time is such that a separate memorandum of law is not required. *See* Local Rule 12(a)(1). Defendant requests a brief enlargement of time up to and including Friday, June 10, 2005 to determine whether a response to Plaintiff's Motion to Stay the Proceedings is warranted. The Motion to Stay the Proceedings was served upon defense counsel by email on Friday afternoon, May 27, 2005, shortly before the Memorial Day holiday weekend. Consequently, a response, if determined to be necessary, is currently due on Monday, June 6, 2005. However, a number of documents that were made part of the exhibit to Plaintiff's motion were not served upon defense counsel until Wednesday, June 1, 2005. Accordingly, Defendant

36

respectfully requests an extension of time to Friday, June 10, 2005, to oppose or otherwise respond to the motion.

As of the filing of this motion, Defendant is in the process of determining whether a response to the motion to stay is warranted. However, Defendant requires more time to adequately examine the issues pertaining to the potential stay of the proceedings. Indeed, any stay agreed to by the parties or ordered by the court could be lengthy and must be seriously considered. This is a very complex case involving claims of patent and trade dress infringement, and the voluminous reissue patent application filed by Plaintiff raises even more complex issues. A brief extension of time will allow the Defendant the opportunity to determine whether an objection to the Motion to Stay is in its best interest and, if so, an extension will allow the Defendant to better present its positions and will thereby benefit the court. Plaintiff will suffer no undue or substantial prejudice by virtue of a brief extension. In fact, Plaintiff's counsel, Linda Mayer, Esq., has indicated that her client has no objection to the requested enlargement of time until Friday, June 10, 2005.

WHEREFORE, Defendant respectfully requests an enlargement of time within which to oppose or otherwise respond to Plaintiff's Motion to Stay the Proceedings, with said extension expiring on June 10, 2005.

Attorneys for Defendant,

Rose Art Industries, Inc.
HANSON CURRAN LLP

James T. Murphy, Esq. #1698
Megan J. Goguen, Esq. # 6265
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

Robert W. Smith, Esq.
Ralph W. Selitto, Jr., Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center, 100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444
Fax. (973) 624-7070

**PROOF OF SERVICE**

I hereby certify that on this 2 day of June, 2005, I served the within document by regular mail and emailing a copy of same to **John A. Tarantino, Esq., Todd D. White, Esq. and Linda A. Mayer.**, ADLER, POLLOCK & SHEEHAN, P.C., 2300 Financial Plaza, Providence, RI 02903; and to **Albert L. Ferro, Esq. and David K.S. Cornwell, Esq.,** Sterne Kessler Goldstein & Fox P.L.L.C., 1100 New York Avenue N.W., Washington D.C. 20005.

Lori Ferroto
of Hanson Curran LLP