UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,
Plaintiffs

V. C.A. No. 04-448S

ROSE ART INDUSTRIES, INC,
Defendant

**ORDER**

After a telephone conference was held before Judge William E. Smith on June 16, 2005, this case is stayed for one year. The parties shall submit joint status reports on September 16, 2005, December 16, 2005, March 16, 2006 and June 16, 2006.

ORDER:

By: ______
Deputy Clerk

ENTER:

______
William E. Smith
U.S. District Judge

Date: 6/17/05