UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, vs. ROSE ART INDUSTRIES, INC., Defendant. | Civil Action No. CA 04-448 S |

**FIRST JOINT STATUS REPORT OF PLAINTIFF HASBRO, INC. AND DEFENDANT ROSE ART INDUSTRIES, INC.**

Pursuant to an Order by Judge Smith dated June 17, 2005, the following is a First Joint Status Report submitted by Plaintiff Hasbro, Inc. ("Hasbro") and Defendant, Rose Art Industries, Inc. ("Rose Art"). The purpose of this status report is to update the Court on the prosecution of the reissue application and the inter partes reexamination proceeding filed in the United States Patent and Trademark Office (the "USPTO") in connection with Hasbro's patent at issue, i.e., U.S. Patent No. 6,729,932 (the "'932 Patent").

To reiterate, Hasbro filed a reissue patent application for the '932 Patent in the USPTO on May 16, 2005. Rose Art filed a request for inter partes reexamination of the '932 Patent in the USPTO on June 10, 2005. As a result of the initiation of these proceedings in the USPTO, this Court granted Hasbro's motion and Rose Art's cross-motion to stay the present action pending the disposition of the reissue and reexamination proceedings in the USPTO.

On July 29, 2005, the USPTO granted Rose Art's request for inter partes reexamination. Simultaneously, the USPTO Examining Attorney issued a first Office Action rejecting all of the pending claims (i.e., Claims 1-41) of the '932 Patent.

On August 26, 2005, Hasbro filed an Amendment in response to the outstanding Office Action, which presents, among other things, amendments to some of pending Claims 1-41 of the '932 Patent and adds new Claims 42-55. The Amendment and response also presents Hasbro's arguments in support of patentability of the claims over the Examining Attorney's rejections. Rose Art has until September 25, 2005 to file comments on Hasbro's Amendment and response.

With respect to the subject reissue application, Hasbro filed a Preliminary Amendment on August 26, 2005. Simultaneously, Hasbro requested that the USPTO merge the reissue application and reexamination proceedings. The USPTO has not, as of this date, taken action on Hasbro's request to merge the two proceedings.

The next joint status report is due by December 16, 2005. Should the Court have any questions or comments concerning the foregoing, or if the Court requires any additional information, please do not hesitate to contact the undersigned.

Dated: September 15, 2005

Respectfully submitted,

Attorneys for Plaintiff
Hasbro, Inc.

By: [signature]
John A. Tarantino, Esq. #2586
Todd D. White, Esq. #5943
Linda A. Mayer, Esq. #6482
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. No. (401) 274-7200
Fax No. (401) 351-4607

David K.S. Cornwell (pro hac vice)
Albert L. Ferro (pro hac vice)
STERNE, KESSLER, GOLDSTEIN &
FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
Tel. No. (202) 371-2600
Fax No. (202) 371-2540
Rose Art Industries, Inc.

By: ______________________
James T. Murphy, Esq.
Megan J. Goguen, Esq.
HANSON CURRAN, LLP
146 Westminster Street, The Francis Bldg.
Providence, Rhode Island 02903-2218
Tel. No. (401) 421-2154
Fax No. (401) 521-7040

Robert W. Smith, Esq. (pro hac vice)
Ralph W. Selitto, Jr., Esq. (pro hac vice)
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102-4056
Tel. No. (973) 622-4444
Fax No. (973) 624-7070