UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., a Rhode Island corporation, Plaintiff, | ) | |
| v. | ) | Civil Action No. CA 04-448 S |
| ROSE ART INDUSTRIES, INC., a New Jersey corporation, Defendant. | ) | |

**WITHDRAWAL OF APPEARANCE**

Albert L. Ferro hereby withdraws his *pro hac vice* appearance as counsel for Plaintiff, Hasbro, Inc. in the above-captioned case.

Dated: September 29, 2005

Respectfully submitted,

Hasbro, Inc.

By its attorneys,

John A. Tarantino, Esq. # 2586
Todd D. White, Esq. # 5943
Linda A. Mayer, Esq. # 6482
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

Albert L. Ferro (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-2600
Fax: (202) 371-2540

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2005, I caused a true copy of the within to be sent via regular mail and electronic mail to the following counsel of record:

James T. Murphy, Esq.
Megan J. Gougen, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Ralph W. Selitto, Jr., Esq.
Robert W. Smith, Esq.
MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102-4056

Valace Lont
_______________________

*ferro~1.doc*