UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC.,<br>a Rhode Island corporation,<br><br>Plaintiff,<br>v.<br><br>ROSE ART INDUSTRIES, INC.,<br>a New Jersey corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. CA 04-448 S |

**WITHDRAWAL OF APPEARANCE**

I, Linda A. Mayer, hereby withdraw my appearance as counsel for Plaintiff, Hasbro, Inc. in the above-captioned case.

Dated: September 29, 2005

Respectfully submitted,

Hasbro, Inc.

By its attorney,

Linda A. Mayer, Esq. # 6482
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30 th day of September, 2005, I caused a true copy of the within to be sent via regular mail and electronic mail to the following counsel of record:

James T. Murphy, Esq.
Megan J. Gougen, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Ralph W. Selitto, Jr., Esq.
Robert W. Smith, Esq.
MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102-4056

Valarie Lorditt

*346776_1.doc*