UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, vs. ROSE ART INDUSTRIES, INC., Defendant. | Civil Action No. CA 04-448 S |

**SECOND JOINT STATUS REPORT OF PLAINTIFF HASBRO, INC. AND DEFENDANT ROSE ART INDUSTRIES, INC.**

Pursuant to an Order by Judge Smith dated June 17, 2005, the following is a Second Joint Status Report submitted by Plaintiff Hasbro, Inc. ("Hasbro") and Defendant, Rose Art Industries, Inc. ("Rose Art"). The purpose of this status report is to update the Court on the prosecution of the reissue application and the inter partes reexamination proceeding filed in the United States Patent and Trademark Office (the "USPTO") in connection with Hasbro's patent at issue, i.e., U.S. Patent No. 6,729,932 (the "'932 Patent").

With respect to the reexamination proceeding, on September 26, 2005, Rose Art filed comments on Hasbro's Amendment and Response to Office Action filed on August 26, 2005. The parties are waiting to hear from the USPTO concerning its review of Hasbro's Amendment and Response to Office Action and Rose Art's Comments to the Response.

With respect to the subject reissue application, the USPTO dismissed Hasbro's and Rose Art's separate requests to merge the reexamination proceeding and the reissue application, and suspended prosecution of the reissue application pending the completion of the reexamination proceeding.

The next joint status report is due by March 16, 2006. Should the Court have any questions or comments concerning the foregoing, or if the Court requires any additional information, please do not hesitate to contact the undersigned.

Dated: December 15, 2005

Respectfully submitted,

Attorneys for Plaintiff
Hasbro, Inc.

By: ______________________
Todd D. White, Esq. #5943
Katy Hynes, Esq. #6659
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. No. (401) 274-7200
Fax No. (401) 351-4607

David K.S. Cornwell (pro hac vice)
STERNE, KESSLER, GOLDSTEIN &
FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
Tel. No. (202) 371-2600
Fax No. (202) 371-2540

Attorneys for Defendant,
Rose Art Industries, Inc.

By: ______________________
James T. Murphy, Esq.
Megan J. Goguen, Esq.
HANSON CURRAN, LLP
146 Westminster Street, The Francis Bldg.
Providence, Rhode Island 02903-2218
Tel. No. (401) 421-2154
Fax No. (401) 521-7040

Robert W. Smith, Esq. (pro hac vice)
Ralph W. Selitto, Jr., Esq. (pro hac vice)
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102-4056
Tel. No. (973) 622-4444
Fax No. (973) 624-7070

**CERTIFICATION**

I hereby certify that on this 15th day of December, 2005, I mailed a true copy of the within Second Joint Status Report of Plaintiff Hasbro, Inc. and Defendant Rose Art Industries, Inc. to the following attorneys of record, David K. S. Cornwell, Esq., Sterne, Kessler, Goldstein & Fox P.L.L.C., 1100 New York Avenue, NW, Washington, DC 20005, James T. Murphy, Esq, Megan J. Goguen, Esq., Hanson Curran LLP, 146 Westminster Street Street, The Francis Building, Providence, RI 02903-2218, and Robert W. Smith, ESq., Ralph W. Selitto, Jr., Esq., McCarter & English, LLP, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4056.

Shelley L. Zimmerman



ME1\5372100.1