Filed
RECEIVED
MAR 13 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

vs.

ROSE ART INDUSTRIES, INC.,

Defendant.

Civil Action No. CA 04-448 S

**THIRD JOINT STATUS REPORT OF PLAINTIFF HASBRO, INC. AND DEFENDANT ROSE ART INDUSTRIES, INC.**

Pursuant to an Order by Judge Smith dated June 17, 2005, the following is a Third Joint Status Report submitted by Plaintiff Hasbro, Inc. ("Hasbro") and Defendant, Rose Art Industries, Inc. ("Rose Art"). The purpose of this status report is to update the Court on the prosecution of the reissue application and the inter partes reexamination proceeding filed in the United States Patent and Trademark Office (the "USPTO") in connection with Hasbro's patent at issue, i.e., U.S. Patent No. 6,729,932 (the "'932 Patent").

With respect to the reexamination proceeding, on December 19, 2005, the USPTO Examining Attorney issued an Action Closing Prosecution confirming Claims 1-5, 26, 27 and 29, rejecting Claims 7-18, 20-23, 25 and 30-55, and objecting to Claim 19 of the '932 Patent. On February 15, 2006, the USPTO issued a Right of Appeal Notice and Final Office Action. The parties have until March 17, 2006 to file a Notice of Appeal of the USPTO's decision. Prosecution of the subject reissue application remains suspended pending the completion of the reexamination proceeding.

The next joint status report is due by June 16, 2006. Should the Court have any questions or comments concerning the foregoing, or if the Court requires any additional information, please do not hesitate to contact the undersigned.

Dated: March 13, 2006

Respectfully submitted,

Attorneys for Plaintiff
Hasbro, Inc.

By: Todd D. White

Todd D. White, Esq. #5943
Katy Hynes, Esq. #6659
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. No. (401) 274-7200
Fax No. (401) 351-4607

David K.S. Cornwell (pro hac vice)
STERNE, KESSLER, GOLDSTEIN &
FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
Tel. No. (202) 371-2600
Fax No. (202) 371-2540

Attorneys for Defendant,
Rose Art Industries, Inc.

By: Megan J. Goguen #6265

James T. Murphy, Esq.
Megan J. Goguen, Esq.
HANSON CURRAN, LLP
146 Westminster Street, The Francis Bldg.
Providence, Rhode Island 02903-2218
Tel. No. (401) 421-2154
Fax No. (401) 521-7040

Robert W. Smith, Esq. (pro hac vice)
Ralph W. Selitto, Jr., Esq. (pro hac vice)
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102-4056
Tel. No. (973) 622-4444
Fax No. (973) 624-7070