UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, vs. ROSE ART INDUSTRIES, INC., Defendant. | Civil Action No. CA 04-448 S |

**FOURTH JOINT STATUS REPORT OF PLAINTIFF HASBRO, INC. AND DEFENDANT ROSE ART INDUSTRIES, INC.**

Pursuant to an Order by Judge Smith dated June 17, 2005, the following is a Fourth Joint Status Report submitted by Plaintiff Hasbro, Inc. ("Hasbro") and Defendant, Rose Art Industries, Inc. ("Rose Art"). The purpose of this status report is to update the Court on the prosecution of the reissue application and the inter partes reexamination proceeding filed in the United States Patent and Trademark Office (the "USPTO") in connection with Hasbro's patent at issue, i.e., U.S. Patent No. 6,729,932 (the "'932 Patent").

With respect to the reexamination proceeding, Hasbro filed a Notice of Appeal of the USPTO's decision on March 17, 2006, while Rose Art filed a Notice of Appeal on March 15, 2006. Hasbro and Rose Art filed their respective appeal briefs on May 17, 2006. Each party has until June 16, 2006 to file a respondent brief. Prosecution of Hasbro's reissue application remains suspended pending the completion of the reexamination proceeding.

Should the Court have any questions or comments concerning the foregoing, or if the Court requires any additional information, please do not hesitate to contact the undersigned.

Dated: June 9th, 2006

Respectfully submitted,

Attorneys for Plaintiff
Hasbro, Inc.

By: Katy H
Todd D. White, Esq. #5943
Katy Hynes, Esq. #6659
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. No. (401) 274-7200
Fax No. (401) 351-4607

David K.S. Cornwell (pro hac vice)
STERNE, KESSLER, GOLDSTEIN &
FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
Tel. No. (202) 371-2600
Fax No. (202) 371-2540

Attorneys for Defendant,
Rose Art Industries, Inc.

By: Megan J. Gog
James T. Murphy, Esq.
Megan J. Goguen, Esq. #6265
HANSON CURRAN, LLP
146 Westminster Street, The Francis Bldg.
Providence, Rhode Island 02903-2218
Tel. No. (401) 421-2154
Fax No. (401) 521-7040

Robert W. Smith, Esq. (pro hac vice)
Ralph W. Selitto, Jr., Esq. (pro hac vice)
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102-4056
Tel. No. (973) 622-4444
Fax No. (973) 624-7070

CERTIFICATION

I hereby certify that I mailed a true copy of the within Fourth Joint Status Report of Plaintiff Hasbro, Inc. and Defendant Rose Art Industries, Inc. via regular mail on this 9th day of June, 2006, to the following attorneys of record: David K. S. Cornwell, Esq., Sterne, Kessler, Goldstein & Fox P.L.L.C., 1100 New York Avenue, NW, Washington, DC 20005, James T. Murphy, Esq., Megan J. Goguen, Esq., Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903-2218 and Robert W. Smith, Esq., Ralph W. Selitto, Jr., Esq., McCarter & English, LLP, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4056.

Shelley L. Zimmerman

*384224_1.doc*