UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 21 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC.,
a Rhode Island corporation,

Plaintiff,

v.

ROSE ART INDUSTRIES, INC.,
a New Jersey corporation,

Defendant.

Civil Action No. CA 04-448 S

**JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS**

Plaintiff Hasbro, Inc. ("Hasbro") and Defendant Rose Art Industries, Inc. ("Rose Art") respectfully and jointly move this Court to continue the stay of proceedings in this case pending the U.S. Patent and Trademark Office's decisions regarding the prosecution of the reissue application and the inter partes reexamination proceeding filed in connection with Hasbro's patent at issue in this litigation. Pursuant to an Order by Judge Smith dated June 17, 2005, this case was stayed for a period of one year. The grounds for this motion are set forth in the Memorandum of Law filed simultaneously herewith.

Dated: June 21st, 2006

Respectfully submitted,

Attorneys for Plaintiff,

Hasbro, Inc.

John A. Tarantino, Esq. #2586
Todd D. White, Esq. #5943
Katy A. Hynes, Esq. #6659
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 751-0604/351-4607

GRANTED
William E. Smith
U.S. District Judge
6/23/06