UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., a Rhode Island corporation,<br><br>Plaintiff,<br>v.<br><br>ROSE ART INDUSTRIES INC.,<br>a New Jersey corporation,<br><br>Defendant. | Civil Action No.: 04-448S |

**MOTION FOR ENTRY OF APPEARANCE OF TRACY-GENE G. DURKIN PRO HAC VICE**

Plaintiff Hasbro, Inc. hereby moves that Tracy-Gene G. Durkin be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

The case involves the following complex areas of the law, in which *pro hac vice* counsel specializes: intellectual property, including patent law, trademark law, trade dress law, and unfair competition.

Plaintiff Hasbro further states that Ms. Durkin is requesting this *pro hac vice* admission in order that she may assume the responsibilities previously held by Albert Ferro.

Mr. Ferro was originally admitted *pro hac vice* in this matter on November 4, 2004 and subsequently withdrew his appearance on September 29, 2005.

For the Plaintiff,

By its Counsel,

John A. Tarantino, Esq. # 2586
Todd D. White, Esq. # 5943
Katy A. Hynes, Esq. #6659
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
Fax: (401) 751-0604
Date: June , 2006

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the United States Supreme Court, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Maryland, and the District of Columbia Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If any applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided): Application and admittance date: March 8, 2006; *Michael Bowling v. Hasbro, Inc.*, C.A. No. 05-229 S, District Justice William E. Smith.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Tracy-Gene G. Durkin
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005
Tel. # (202) 371-2600
Fax # (202) 371-2540
Dated: June 20, 2006

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

John A. Tarantino, Esq. # 2586
Todd D. White, Esq. # 5943
Katy A. Hynes, Esq. #6659
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATION

I hereby certify that I mailed a true copy of the within Motion for Entry of Appearance of Tracy-Gene G. Durkin Pro Hac Vice via regular mail on this 23rd day of June, 2006, to the following attorneys of record: David K. S. Cornwell, Esq., Sterne, Kessler, Goldstein & Fox P.L.L.C., 1100 New York Avenue, NW, Washington, DC 20005, James T. Murphy, Esq., Megan J. Goguen, Esq., Hanson Curran LLP, 146 Westminster Street, Providence, RI 02903-2218 and Robert W. Smith, Esq., Ralph W. Selitto, Jr., Esq., McCarter & English, LLP, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4056.

Shelley L. Zimmerman

*385058_1.doc*