**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

vs. Civil Action No. CA 04-448 S

ROSE ART INDUSTRIES, INC.,

Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, Rose Art Industries, Inc., hereby moves that Joseph Agostino, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Rose Art Industries, Inc.

By: Megan Goguen, Esq.
Bar ID No.: 6265
Address: Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

DATED: 6/20/06

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of New Jersey and New York and of the New Jersey and New York Federal District Court Bars, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District in the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

01868-1999

Joseph Agostino, Esq. N.J. Bar #
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102-4056

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Megan Goguen, Esq. R.I. Bar # 6265
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Tel. # (401) 421-2154
Fax # (401) 521-7040

**ORDER**

This motion is hereby Granted.

WAMM
District Judge

Date: 6/22/06

**PROOF OF SERVICE**

I hereby certify that on this 20th day of June, 2006, I served the within document by regular mail and emailing a copy of same to **Todd D. White, Esq. and Katy Hynes, Esq.**, ADLER, POLLOCK & SHEEHAN, P.C., 2300 Financial Plaza, Providence, RI 02903; and to **David K.S. Cornwell, Esq.,** Sterne Kessler Goldstein & Fox P.L.L.C., 1100 New York Avenue N.W., Washington D.C. 20005.

Elizabeth Machado
of Hanson Curran LLP