**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HASBRO, INC.,

Plaintiff,

vs.

ROSE ART INDUSTRIES, INC.,

Defendant.

Civil Action No. CA 04-448 S

**STIPULATION OF CORPORATE NAME CHANGE OF DEFENDANT, ROSE ART INDUSTRIES, INC.**

By agreement of the parties, Rose Art Industries, Inc., a New Jersey corporation with a New Jersey State Identification Number of 7704468700, and a named Defendant in the above-entitled action now pending in the United States District Court for the District of Rhode Island, hereby represents to the Court that as of May 11, 2006, the Defendant Corporation is no longer known as Rose Art Industries, Inc. The official corporate name was changed to **Mega Brands America, Inc.**, pursuant to a "Business Entity Amendment Filing" with the State of New Jersey, Division of Revenue, on May 1, 2006. The parties agree that the title of the above-captioned

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/4/06

matter appropriately be changed consistent with the change of Defendant's corporate name so acknowledged herein.

Attorneys for Plaintiff
Hasbro, Inc.

Todd White, Esq. #5943
Katy Hynes, Esq. #6659
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200 – Telephone
(401) 751-0604 – Fax

David K.S. Cornwell, Esq. (*pro hac vice*)
Tracey Durkin, Esq.

STERNE. KESSLER, GOLDSTEIN, & FOX, P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 2005
(202) 371-2600 – Telephone
(202) 371-2540 – Fax

Dated: August 1, 2006

Attorneys for Defendant,
Mega Brands America, Inc. (formerly Rose Art Industries, Inc.)

James T. Murphy, Esq. #1698
Megan J. Goguen, Esq. # 6265
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

Robert W. Smith, Esq. (*pro hac vice*)
Ralph W. Selitto, Jr., Esq. (*pro hac vice*)

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444 – Telephone
(973) 624-7070 – Fax

Dated: August 2, 2006

**PROOF OF SERVICE**

I hereby certify that on this 2nd day of August, 2006, I mailed within document by regular mail and emailing a copy of same to the following attorneys of record: **Todd D. White, Esq. and Katy Hynes, Esq.**, ADLER, POLLOCK & SHEEHAN, P.C., One Citizens Plaza, Providence, RI 02903; **David K.S. Cornwell, Esq. and Tracey Durkin, Esq.,** Sterne Kessler Goldstein & Fox P.L.L.C., 1100 New York Avenue N.W., Washington D.C. 20005; and Robert W. Smith, Esq. and Ralph W. Selitto, Jr., Esq., McCarter & English, LLP, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4056.

Lori Stepinski