**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HASBRO, INC.,

Plaintiff,

vs.

MEGA BRANDS AMERICA, INC.,

Defendant.

Civil Action No. CA 04-448 S

**MOTION TO WITHDRAW AS COUNSEL OF DEFENDANT, MEGA BRANDS AMERICA, INC.**

Now comes the undersigned attorney, Ralph W. Selitto, Jr., Esq., formerly of the law firm of McCarter & English, and moves to withdraw as co-counsel for Defendant, Mega Brands America, Inc. (formerly Rose Art Industries, Inc.).

Undersigned counsel was admitted *pro hac vice* in the above-captioned matter by Order of this Court dated November 9, 2004. Presently, this matter is stayed by Order of the Honorable William E. Smith. There are no motions pending, and no trial date has been set. I have been advised that Michael R. Friscia, Esq., pending admission to the District Court of Rhode Island *pro hac vice*, shall replace the undersigned in this matter. Undersigned counsel understands that a Motion for Admission *Pro Hac Vice* on behalf of Attorney Friscia shall be filed contemporaneously with the within Motion to Withdraw.

Respectfully submitted,

Ralph W. Selitto, Esq.
Greenberg Traurig
200 Park Avenue
Florham Park, New Jersey 07932-0677

/s/ Megan J. Goguen, Esq.
Megan J. Goguen, Esq., Local Counsel (#6265)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154 - telephone
(401) 521-7040 - fax
E-mail: mjg@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on March 8th, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and copies were mailed to all parties unable to accept electronic filing to David K.S. Cornwell, Esq. and Tracey Durkin, Esq., Sterne Kessler Goldstein & Fox, P.L.L.C., 1100 New York Avenue, N.W., Washington, D.C. 20005; and to Robert W. Smith, Esq., McCarter & English, LLP., 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4056 .

/s/ Megan J. Goguen, Local Counsel
of Hanson Curran LLP