UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

vs.

MEGA BRANDS AMERICA, INC.,

Defendant.

Civil Action No. CA 04-448 S

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant, Mega Brands America, Inc. (formerly Rose Art Industries, Inc.), hereby moves that Michael R. Friscia, Esq. be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

Mega Brands America, Inc.

By: Megan Goguen, Esq.
Bar ID No.: 6265
Address: Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

DATED: 3-8-07

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of New Jersey and New York and of the New Jersey and New York Federal District Court Bars, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses. (Violation of open container law in New Jersey in 1982)

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District in the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Michael R. Friscia
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel. (973) 639-8493
Fax. (973) 297-6627
mfriscia@mccarter.com
www.McCarter.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Megan J. Goguen, Esq., Local Counsel
Megan Goguen, Esq. R.I. Bar # 6265
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Tel. # (401) 421-2154
Fax # (401) 521-7040
E-mail: mjg@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on March 8th, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and copies were mailed to all parties unable to accept electronic filing to David K.S. Cornwell, Esq. and Tracey Durkin, Esq., Sterne Kessler Goldstein & Fox, P.L.L.C., 1100 New York Avenue, N.W., Washington, D.C. 20005; and to Robert W. Smith, Esq., McCarter & English, LLP., 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4056 .

/s/ Megan J. Goguen, Local Counsel
of Hanson Curran LLP