UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br>vs.<br>MEGA BRANDS AMERICA, INC.,<br>Defendant. | Civil Action No. CA 04-448 S |

**EIGHTH JOINT STATUS REPORT OF PLAINTIFF HASBRO, INC. AND DEFENDANT MEGA BRANDS AMERICA, INC.**

The following is an Eighth Joint Status Report submitted by Plaintiff Hasbro, Inc. ("Hasbro") and Defendant Mega Brands America, Inc. f/k/a Rose Art Industries, Inc. ("Mega Brands"). The purpose of this status report is to update the Court on the prosecution of the reissue application and the inter partes reexamination proceeding filed in the United States Patent and Trademark Office (the "USPTO") in connection with Hasbro's patent at issue, i.e., U.S. Patent No. 6,729,932 (the '932 Patent").

With respect to the reexamination proceeding, Hasbro and Mega Brands filed their respective appeal briefs on May 17, 2006 and respondent briefs on June 19, 2006. The case is now being considered for appeal by the examiner, who will determine whether an examiner's answer should be prepared, or prosecution should be reopened and a non-final Office action issued. Prosecution of the subject reissue application remains suspended pending the completion of the reexamination proceeding.

Should the Court have any questions or comments concerning the foregoing, or if the Court requires any additional information, please do not hesitate to contact the undersigned.

Dated: June 15, 2007

Respectfully submitted,

Attorneys for Plaintiff
Hasbro, Inc.

By: _/s/ Katy A. Hynes___________
Todd D. White, Esq. #5943
Katy Hynes, Esq. #6659
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. No. (401) 274-7200
Fax No. (401) 351-4607

David K.S. Cornwell, Esq. (pro hac vice)
Tracy-Gene G. Durkin, Esq. (pro hac vice)
STERNE, KESSLER, GOLDSTEIN &
FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
Tel. No. (202) 371-2600
Fax No. (202) 371-2540

Attorneys for Defendant,
Mega Brands America, Inc.

By: __/s/ Megan J. Goguen___________
James T. Murphy, Esq.
Megan J. Goguen, Esq.
HANSON CURRAN, LLP
146 Westminster Street, The Francis Bldg.
Providence, Rhode Island 02903-2218
Tel. No. (401) 421-2154
Fax No. (401) 521-7040

Robert W. Smith, Esq. (pro hac vice)
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102-4056
Tel. No. (973) 622-4444
Fax No. (973) 624-7070

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2007, I did send a true copy of the within **Sixth Joint Status Report Of Plaintiff Hasbro, Inc. and Defendant Mega Brands America, Inc. by electronic means (ECF)** to the following attorney of record: Megan J. Goguen, Esq.,Hanson Curran, LLP, 146 Westminster Street, The Francis Building, Second Floor Providence, RI 02902-2218, David K.S. Cornwell, Esq. and Tracey Durkin, Esq., Sterne Kessler Goldstein & Fox P.L.L.C., 1100 New York Avenue N.W., Washington D.C. 20005; and Robert W. Smith, Esq. and Ralph W. Selitto, Jr., Esq., McCarter & English, LLP, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4056.

/s/ Katy A. Hynes_________

420623_1.doc