**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HASBRO, INC., Plaintiff, vs. MEGA BRANDS AMERICA, INC., Defendant. | : | Civil Action No. CA 04-448 S |

**WITHDRAWAL OF APPEARANCE**

Now comes Joseph Agostino, Esq., *pro hac vice* counsel for Defendant, Mega Brands America, Inc., and hereby withdraws his appearance in this matter. The undersigned represents that Defendant, Mega Brands America, Inc., will remain represented by counsel in this matter by both local counsel, James T. Murphy and Megan J. Goguen, as well as counsel admitted *pro hac vice*, Michael R. Friscia and Robert W. Smith.

Respectfully submitted,

/s/ Joseph Agostino, Esq.
Joseph Agostino
McCarter and English, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102-4056
(973) 622-4444 – telephone
(973) 624-7070 – facsimile

/s/ Megan J. Goguen, Esq. (Local Counsel)
James T. Murphy, Esq. #1698
Megan J. Goguen, Esq. #6265
HANSON CURRAN, LLP
146 Westminster Street, The Francis Bldg.
Providence, Rhode Island 02903-2218
Tel. No. (401) 421-2154
Fax No. (401) 521-7040
mjg@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on May 7, 2008, an exact copy of the within document was electronically mailed to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and copies were mailed to all parties unable to accept electronic filing: David K.S. Cornwell, Esq. and Tracey Durkin, Esq., Sterne Kessler Goldstein & Fox, P.L.L.C., 1100 New York Avenue, N.W., Washington, D.C., 20005; Robert W. Smith, Esq., and Michael R. Friscia, Esq., McCarter & English, LLP, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4056.

/s/ Megan J. Goguen, Local Counsel
of Hanson Curran LLP