JLM:mdb 04-293 9/5/08

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, | Civil Action No. CA 04-448 S |
| vs. | |
| MEGA BRANDS AMERICA, INC., Defendant. | |

**ENTRY OF APPEARANCE**

I, Jacquelyn L. Mouquin, hereby enter my appearance as counsel on behalf of defendant, Rose Art Industries.

/s/ Jacquelyn L. Mouquin
Jacquelyn L. Mouquin, Esq. #7679
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

**PROOF OF SERVICE**

I hereby certify that on this 5th day of September, 2008, I mailed a true and exact copy of the within Entry of Appearance to:

Todd D. White, Esq. #5943
Katy Hynes, Esq. #6659
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

David K.S. Cornwell, Esq. (pro hac vice)
Tracy-Gene G. Durkin, Esq. (pro hac vice)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005

Robert W. Smith, Esq. (pro hac vice)
Michael R. Friscia, Esq. (pro hac vice)
Stephen E. Halpern (pro hac vice)
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102-4056

/s/ Jacquelyn L. Mouquin
of Hanson Curran LLP